IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 15-cv-00106-KLM

HUNTER DOUGLAS INC.,

    Plaintiff,

v.

GREAT LAKE WOODS, INC., and
WATERS EDGE BLINDS AND WINDOW TREATMENTS, LLC,

    Defendants.

---

## STIPULATED ORDER

---

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    The production of privileged or work-product protected documents, electronically stored information ("ESI") or information, whether inadvertently or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Stipulated Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

    Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or information (including metadata) for relevance, responsiveness and/or segregation of privileged and/or protected information before production.

APPROVED:

**BRYAN CAVE LLP**

/s/Erin A. Kelly                                              /s/ Ramon L. Pizarro

Peter J. Korneffel, Jr.                                  Ramon L. Pizarro
Erin A. Kelly                                                 Law Office of Ramon L. Pizarro
1700 Lincoln Street, Suite 4100              3515 South Tamarac Drive, Suite 200
Denver, CO 80203-4541                          Denver, CO 80237-1430
Phone: 303-866-0233                              Phone: 303-779-9551
Fax: 303-866-0200                                    Fax: 303-689-9627
peter.korneffel@bryancave.com             E-mail: ramon@ramonpizarro.com
erin.kelly@bryancave.com

ATTORNEYS FOR PLAINTIFF                ATTORNEY FOR DEFENDANTS

**SO ORDERED**

DATED this 13th day of May, 2015.

BY THE COURT:

_____
United States Magistrate Judge