IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00106-KLM

HUNTER DOUGLAS INC.,

      Plaintiff,

v.

GREAT LAKE WOODS, INC., and
WATERS EDGE BLINDS AND WINDOW TREATMENTS, LLC,

      Defendants.

_____

## MINUTE ORDER

_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on the parties' **Joint Motion for Entry of Stipulated Protective Order [#20]**[1] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion [#20] is **GRANTED**.  Accordingly,

IT IS FURTHER **ORDERED** that the Stipulated Protective Order [#20-1] supplied by the parties is **accepted** for filing and entered as an Order of the Court, with interlineations, as of the date of this Minute Order.

Dated:  August 6, 2015

_____

[1]  "[#20]" is an example of the convention the Court uses to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF).  The Court uses this convention throughout this Minute Order.