IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00106-REB-KLM

HUNTER DOUGLAS INC.,

    Plaintiff,

v.

GREAT LAKE WOODS, INC., and
WATERS EDGE BLINDS AND WINDOW TREATMENTS, LLC,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Joint Motion for Order Modifying Claim Construction Briefing Deadlines** [#38] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#38] is **GRANTED**. The deadline to file the opening Claim Construction brief and all supporting evidence is extended to **February 5, 2016**. The deadline to file a response to the opening Claim Construction brief is extended to **February 26, 2016**. The deadline to file a reply brief in support of the opening Claim Construction brief is extended to **March 11, 2016**.

    Dated:  January 22, 2016