**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 15-cv-00106-REB-KLM

HUNTER DOUGLAS INC.,

      Plaintiff,

v.

GREAT LAKE WOODS, INC., and
WATERS EDGE BLINDS AND WINDOW TREATMENTS, LLC,

      Defendants.

---

**ORDER ADOPTING RECOMMENDATION OF THE
UNITED STATES MAGISTRATE JUDGE**

---

**Blackburn, J.**

    This matter is before me on the following: (1) the **Motion to Dismiss Under
Rules 12(b)(1) and 12(b)(6)** [#10][1] filed May 4, 2015; and (2) the related
**Recommendation of United States Magistrate Judge** [#43] filed February 24, 2016.
No objections to the recommendation were filed.  Therefore, I review the
recommendation for plain error only.   *See Morales-Fernandez v. Immigration &
Naturalization Service*, 418 F.3d 1116, 1122 (10th Cir. 2005).  Finding no error, much
less plain error, in the recommendation, I find and conclude that recommendation
should be approved and adopted.

    In the motion to dismiss, the defendants argue this court lacks subject matter
jurisdiction because this case is moot.  In addition, the defendants argue this court does

---

[1]  "[#10]" is an example of the convention I use to identify the docket number assigned to a
specific paper by the court's case management and electronic case filing system (CM/ECF). I use this
convention throughout this order.

not have personal jurisdiction over the defendants.  In the recommendation, the magistrate judge analyzes these contentions and concludes that the motion to dismiss should be denied.  The analysis and conclusions detailed by the magistrate judge are correct.

      **THEREFORE, IT IS ORDERED** as follows:

      1.  That the **Recommendation of United States Magistrate Judge** [#43] filed February 24, 2016, is approved and adopted as an order of this court; and

      2.  That the **Motion to Dismiss Under Rules 12(b)(1) and 12(b)(6)** [#10] filed May 4, 2015, is denied.

      Dated March 15, 2016, at Denver, Colorado.

                                    **BY THE COURT:**

                                    Robert E. Blackburn
                                    United States District Judge